■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS M. BAKER, Appellant. [918 NYS2d 48]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered February 22, 2007. The judgment convicted defendant, upon his plea of guilty, of sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Carni, Sconiers and Gorski, JJ.